AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00449-JAH-WVG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TAM MINH TRAN was received by me on *(date)* 12/2/16

[X] I personally served the summons on the individual at *(place)* 8953 LIBRA DRIVE, SAN DIEGO, CA 92126 on *(date)* Sun, Dec 11 2016 @ 6:24 pm ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 75.00 _____ for travel and $ _____ for services, for a total of $ $75.00.

I declare under penalty of perjury that this information is true.

Date: DECEMBER 12, 2016

*Server's signature*

GARY STANLEY, REG # 914, SAN DIEGO COUNTY

*Printed name and title*

LIGHTNING LEGAL PROCESS SERVICE, 4 EMBARCADERO CENTER-14TH FLR., SAN FRANCISCO, CA 9411; 415-624-7747

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 11, 2016, 6:24 pm PST at 8953 LIBRA DRIVE, SAN DIEGO, CA 92126 received by TAM MINH TRAN . Age: 30; Ethnicity: Asian American; Gender: Male; Weight: 160; Height: 5'6"; Hair: Black; Eyes: Other; Other: GLASSES ;