Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive., 6th Floor
Beverly Hills, 90210
Phone: 310-734-4269
Fax: 310-734-4053
Email: henry@mosesi.com
Web: mosesi.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### San Diego

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　Plaintiff,<br><br>vs.<br><br>TAM MINH TRAN,<br><br>　　　Defendant. | Case Number: 3:16-cv-00449-JAH-WVG<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT, TAM MINH TRAN** |

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Tam Minh Tran, subscriber assigned IP address 99.171.185.149 ("Defendant") through his counsel, Melissa Brabender, Esq. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

　　　Dated: January 30, 2017

Respectfully submitted,

By: */s/ Henrik Mosesi*
Henrik Mosesi, Esq.
Attorney for Plaintiff
Email:  henry@mosesi.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Henrik Mosesi*
HENRIK MOSESI, ESQ.